1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  SONJA GABALES, individually,
    and as Personal Representative
11  of the Estate of Philip
    Gabales; L.C., a minor, by
12  and through her Guardian
    Ad Litem, SONJA GABALES,
13                                        NO. CIV. S-07-1346 LKK/DAD

            Plaintiffs,
14

15       v.

    COUNTY OF SAN JOAQUIN,
16  et al.,                               RELATED CASE ORDER

17          Defendants.

18  _____/
    TED GABALAS, S.V.G.G., and
19  P.S.G. (children of decedent
    Philip Gabales, by and
20  through their Guardian Ad
    Litem, VICKY McGINTY,
21                                        No. CIV. S-07-2074 LKK/GGH

            Plaintiffs,
22

23       v.

    COUNTY OF SAN JOAQUIN,
24  et al.,

25          Defendants.

26  _____/

                               1

1    Examination of the two above-entitled actions reveals that
2  they are related within the meaning of Local Rule 83-123 for the
3  reason that they involve substantially the same questions of fact
4  and law.  Accordingly, the assignment of the matters to the same
5  judge and magistrate judge is likely to effect a substantial
6  savings of judicial effort and is also likely to be convenient for
7  the parties.  Under the regular practice of this court, related
8  cases are generally assigned to the judge and magistrate judge to
9  whom the first filed action was assigned.

10    The court hereby orders that:

11    1.   The action denominated CIV. NO. S-07-2074 LKK/GGH is
12  REASSIGNED to Judge Lawrence K. Karlton and Magistrate Judge Dale
13  A. Drozd for all further proceedings, and any dates currently set
14  in the reassigned case only, are hereby VACATED.  Henceforth, the
15  caption on documents filed in the reassigned case shall be shown
16  as CIV. NO. S-07-2074 LKK/DAD.

17    2.  The Clerk of the Court shall make appropriate adjustment
18  in the assignment of civil cases to compensate for this
19  reassignment.

20    3.  Plaintiffs in each case are ordered to inform the court
21  by November 5, 2007 whether they have any objection to the
22  consolidation of these two actions pursuant to Federal Rule of
23  Civil Procedure 42(a).

24  ////
25  ////
26  ////

2

1        4.  A status conference in both cases is SET for December 3,

2  2007 at 10:00 a.m.

3        IT IS SO ORDERED.

4        DATED:  October 24, 2007.

5

6

7                                 LAWRENCE K. KARLTON
                                  SENIOR JUDGE
8                                 UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                    3