JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA GABALES individually, and as Personal Representative of the Estate of Philip Gabales; L.C., a minor, by and through her Guardian Ad Litem, SONJA GABABLES;<br><br>            Plaintiffs,<br><br>     vs.<br><br>COUNTY OF SAN JOAQUIN,  a municipal corporation; ROBERT HEIDLEBACH, in his capacity as Sheriff for the COUNTY OF SAN JOAQUIN; ROBERT FOPPIANO, individually and in his capacity as a deputy sheriff for the COUNTY OF SAN JOAQUIN; WILLIAM INSKIP, individually; MATTHEW D'VALENTINE, individually, and DOES 1-50, inclusive,<br><br>            Defendants.<br>_____/ | Case Nos. 2:07-cv-1346 LKK DAD and 2:07-cv-2074 LKK DAD<br><br>**NOTICE AND ORDER VACATING HEARING DATE RE: PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY DEFENDANT COUNTY** |

TO THE COURT AND ALL COUNSEL OF RECORD:

Plaintiffs and Defendant COUNTY have met and conferred pursuant to the Local Rules governing discovery motions and have resolved their discovery dispute that led to the filing of Plaintiffs' Motion to Compel Production of Documents by Defendant COUNTY.

Notice and (proposed) Order vacating hearing re: Plaintiff's Motion to Compel Production of Documents by Defendant COUNTY       1

Plaintiffs and Defendant COUNTY have agreed that Defendant COUNTY shall produce Documents in response to Plaintiffs' written discovery that is the subject of Plaintiffs' Motion to Compel Production of Documents (set one) by Defendant COUNTY, as follows:

Plaintiff COUNTY shall produce under a stipulated Protective Order portions of Defendant Deputy FOPPIANO's personnel and Internal Affairs files, to be limited to formal and informal complaints, disciplinary records, training records, and assignment records for a period of five years preceding the subject incident date of December 20, 2005.  In addition, Defendant COUNTY will also produce all post-incident documents (December 21, 2005 through present) contained in Deputy FOPPIANO's personnel and Internal Affairs files pertaining to complaints of excessive force, fabrication and/or dishonesty pursuant to the Stipulated Protective Order.

Defendant COUNTY shall produce all documents as noted-above no later than January 7, 2009.

In light of the parties agreement, the parties jointly request that the hearing date of December 19, 2008, at 10:00 a.m. before Honorable Magistrate Judge Dale A. Drozd set for Plaintiffs' Motion to Compel Production of Documents by Defendant COUNTY be vacated and removed from the Court's calendar.

Respectfully submitted,

STIPULATED AND AGREED:

Dated:  December 15, 2008            LAW OFFICE OF JOHN L. BURRIS

By: /s/ Benjamin Nisenbaum
BENJAMIN NISENBAUM
Attorneys for Plaintiffs
SONJA GABALES, et al.

Dated:  December 15, 2008            LAW OFFICES OF GERI LYNN GREEN

By: /s/ Geri Lynn Green
GERI LYNN GREEN
Attorneys for Plaintiffs
TED GABALES, et al.

| | |
|---|---|
| Dated: December 15, 2008 | MAYALL, HURLEY, KNUTSEN, SMITH & GREEN |
| | By: /s/ Mark E. Berry<br>MARK E. BERRY<br>Attorney for Defendants COUNTY OF SAN JOAQUIN, ROBERT HEIDLEBACH, and Deputy ROBERT FOPPIANO |
| Dated: December 15, 2008 | EDMUND G. BROWN JR.<br>Attorney General of the State of California<br>THOMAS D. MCCRACKIN<br>Deputy Attorney General |
| | By:/s/ James W. Walter<br>JAMES W. WALTER, Deputy Attorney General<br>Attorney for Defendants WILLIAM INSKIP and MATTHEW D'VALENTINE |

**ORDER**

PURSUANT to the parties' agreement and resolution of the Motion to Compel Production of Documents by Defendant COUNTY, the hearing on Plaintiffs' Motion to Compel Production of Documents by Defendant COUNTY, previously set for December 19, 2008 at 10:00 a.m. before Honorable Magistrate Judge Dale A. Drozd is hereby vacated from the Court's calendar. Defendant COUNTY shall produce all documents agreed to be produced as described by stipulation herein to Plaintiffs' counsel no later than January 7, 2009. The parties shall file a Stipulation for a Protective Order no later than December 30, 2008.

**IT IS SO ORDERED.**

DATED: December 16, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/gabales1346.ord