1

2

3

4

5

6

7                  UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9
    SONJA GABALES individually,
10  and as Personal Representative
    of the Estate of Philip
11  Gabales; L.C., a minor, by and
    through her Guardian Ad Litem,
12  SONJA GABALES,

13                              NO. CIV. S-07-1346 LKK/DAD
          Plaintiffs,
14
        v.
15                                       O R D E R
    COUNTY OF SAN JOAQUIN, a
16  municipal corporation; ROBERT
    HEIDLEBACH, in his capacity as
17  Sheriff for the COUNTY OF SAN
    JOAQUIN; ROBERT FOPPIANO,
18  individually and in his capacity
    as a deputy sheriff for the
19  COUNTY OF SAN JOAQUIN; WILLIAM
    INSKIP, individually; MATTHEW
20  D'VALENTINE, individually, and
    DOES 1-50, inclusive,
21
              Defendants.
22  _____/

23       Pursuant to the telephonic conference held on February 11,

24  2010, the court ORDERS as follows:

25       1.    EXCEPT  for  the  settlement  conference  set  before  the

26            Honorable Garland E. Burrell, Jr., for February 19, 2010

                                1

1    at 1:30 p.m., all dates presently set in this matter are

2    VACATED.

3    2.   A further status conference is SET for March 15, 2010 at

4         3:30 p.m.

5    IT IS SO ORDERED.

6    DATED:  February 12, 2010.

7

8

9                          LAWRENCE K. KARLTON
                           SENIOR JUDGE
10                         UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26