IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SONJA GABALES, individually, and
as Personal Representative of the
Estate of Philip Gabales; L.C., a
minor, by and through her Guardian
Ad Litem, SONJA GABALES,

        Plaintiffs,

v.

COUNTY OF SAN JOAQUIN, a municipal
corporation; ROBERT HEIDLEBACH, in
his capacity as Sheriff for the
COUNTY of SAN JOAQUIN; ROBERT
FOPPIANO, individually and in his
capacity as a deputy sheriff for
the COUNTY OF SAN JOAQUIN; WILLIAM
INSKIP, individually; MATTHEW
D'VALENTINE, individually, and DOES
1-50, inclusive,

        Defendants.

2:07-cv-01346-LKK-DAD

ORDER

The undersigned judge reviewed two confidential settlement statements prior to today, February 17, 2010, and contacted the submitting counsel concerning whether the settlement conference scheduled for February 19, 2010 would be productive. Two additional confidential settlement statements were received today; one of the submitting counsel was contacted, and the other was unavailable because counsel is handling a matter elsewhere.

After reviewing the submitted statements and speaking with counsel, it is evident that holding a settlement conference at this time would not be productive. Therefore, the settlement conference

scheduled for February 19, 2010 is VACATED. If after further communication regarding the feasibility of reaching a settlement, a party opines that a settlement conference would be productive, the conference may be rescheduled.

Dated: February 17, 2010

GARLAND E. BURRELL, JR.
United States District Judge