Geri Lynn Green, (State Bar No. 127709)
LAW OFFICES OF GERI LYNN GREEN<sub>LC</sub>
The Alexander Building
155 Montgomery Street, Suite 901
San Francisco, CA 94104
Telephone: (415) 982-2600
Facsimile: (415) 358-4562
Email: greenlaw700@gmail.com
Email: gerilynngreen@gmail.com

Attorneys for Plaintiffs
Ted Gabales, S.V.G.G., and P.S.G

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SONJA GABALES, et al., | 2:07-CV-1346-LKK-DAD and |
| | 2:07-CV-2074-LKK-DAD |
| Plaintiffs, | |
| vs. | STIPULATION AND ORDER TO |
| | CONTINUE STATUS |
| COUNTY OF SAN JOAQUIN, et al., | CONFERENCE |
| Defendants. | |
| TED GABALES, S.V.G.G., and P.S.G. et al., | |
| Plaintiffs, | |
| vs. | |
| COUNTY OF SAN JOAQUIN, et al. | |
| Defendants. | |

Pursuant to Local Rule 83-143 the parties agree and stipulate as follows:

The status conference set for March 15, 2010 at 3:30 p.m. is continued to March 29, 2010 at 3:00p.m.

Presently, the dates for hearings to schedule counsel's trial in *U.S. v. Cerna* before

Judge Alsup in the Northern District of California that were originally set for March 8 and 10th have been continued to March 15th and March 17th. As a result, counsel is uncertain if there will be any answers for this Court before the end of March. Accordingly, counsel asks that the matter be postponed to March 29, 2010 at which time she hopes to be in a better position to report trial availability during the period from September 2010 to May 2011.

Consequently, the parties respectfully request that this court continue the status conference.

IT IS SO STIPULATED.

Dated: March 11, 2010                Respectfully submitted,

LAW OFFICES OF GERI LYNN GREEN$_{LC}$

By: /S/ *Geri Lynn Green*
Geri Lynn Green
Attorney for Plaintiffs

Dated: March 11, 2010

By: /S/*Benjamin Nisenbaum*
Benjamin Nisenbaum
Attorney for Plaintiffs

Dated: March 11, 2010

By: /S/ *Mark E. Barry*
Mark E. Barry
Attorney for Defendants

Dated: March 11, 2009

By: /S/*James Wayne Walter*
James Wayne Walter
Attorney for Defendants

**Order**

The status conference in this matter is hereby continued from March 15, 2010 to March 29, 2010 at 3:00 p.m.

IT IS SO ORDERED.

Dated: March 11, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT