UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SONJA GABALES individually, and as Personal Representative of the Estate of Philip Gabales; L.C., a minor, by and through her Guardian Ad Litem, SONJA GABALES,

        Plaintiffs,

    v.

COUNTY OF SAN JOAQUIN, a municipal corporation; ROBERT HEIDLEBACH, in his capacity as Sheriff for the COUNTY OF SAN JOAQUIN; ROBERT FOPPIANO, individually and in his capacity as a deputy sheriff for the COUNTY OF SAN JOAQUIN; WILLIAM INSKIP, individually; MATTHEW D'VALENTINE, individually, and DOES 1-50, inclusive,

        Defendants.

_____/

NO. CIV. S-07-1346 LKK/DAD

O R D E R

    Pursuant to the status conference held on March 29, 2010, the scheduling order is AMENDED as follows:

    1.    Expert disclosures are due April 28, 2010.

    2.    All discovery shall be conducted so as to be completed

1

|   |     |                                                                 |
|---|-----|-----------------------------------------------------------------|
| 1 |     | no later than June 28, 2010;                                    |
| 2 | 3.  | The final pretrial conference is set for November 22,           |
| 3 |     | 2010 at 1:30 p.m.;                                              |
| 4 | 4.  | The trial is estimated for ten days, and is set for             |
| 5 |     | February 23, 2011;                                              |
| 6 | 5.  | All motions in limine previously filed are denied,              |
| 7 |     | without prejudice, as moot.                                     |
| 8 |     | IT IS SO ORDERED.                                               |
| 9 |     | DATED: April 19, 2010.                                          |

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2